

LISA DOUGLASS
PO BOX 480913
LOS ANGELES, CA 90048
323-346-5175

*I-15*
*2 1*
*Days*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CALIFORNIA**
**WESTERN DISTRICT**



FILED
2020 JUL 22  PM 4: 05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. CALIF.
LOS ANGELES
BY:___

| | |
|---|---|
| LISA DOUGLASS & OTHERS SO SITUATED, <br><br> Plaintiffs <br><br> V <br> DE BEERS GROUP *, UK* <br> *Sir Paul McCartney* <br><br> _____ <br><br> & THEIR AGENTS <br> SIR PAUL McCARTNEY <br> RUPERT MURDOCH <br> SUMNER REDSTONE <br> PARIS HILTON <br> GWEN STEFANI <br> JOHNNY DEPP <br> RICK RUBIN <br> MICHAEL HOROWITZ <br><br> Defendants <br><br> & <br><br> And their agents as follows <br> WEYMOUTH CLINIC <br> VARIETY <br> DAVID FISHER PRODUCTIONS <br> ANDREW BARKER <br> BRITISH MUSEUM <br> GORDON GETTY <br> OXFORD UNIVERSITY PRESS <br> DEBORAH RICHARDS <br> DAVID FISHER PRODUCTIONS <br> NICK RICHARDS <br> DEBORAH RICHARDS <br> COLIN MCGUINESS | **CV20-6525- MWF** (ASx) <br> Case No <br> CLASS ACTION COMPLAINT <br><br> 18 U.S.C. § 1962(d) <br> **forced labor conspiracy, in violation of 18 U.S.C. § 1594(b) (Count Two); wire fraud conspiracy, in violation of 18 U.S.C. § 1349 (Count Three); sex trafficking offenses, in violation of various provisions of 18 U.S.C. §§ 1591, 1594 (Counts Four, Five, Six); and conspiracy to commit identity theft, in violation of 18 U.S.C. § 1028(f) (Count Seven); 18 U.S. Code § 1091. Genocide** <br><br> Section 806 of the Patriot **Act** amends **U.S.** forfeiture law to allow authorities to seize all foreign and domestic assets from any group or individual that is caught planning to commit **acts** of **terrorism against** the **U.S.** or **U.S.** citizens <br><br> JURY TRIAL DEMANDED <br><br>  |

1

| | |
|---|---|
| LUCIAN ION<br>ANDREW FRANKEL<br>Christine Jansen,<br>Leslie Flieshman,<br>Busy Bee Records<br>Johnny Depp<br>Robert Fulps<br>Kelly McDonald<br>Luka Pecel | |

The Plaintiff brings this lawsuit out of a series of crimes organized through De Beers, UK, PAUL McCartney, and Rupert Murdoch, Sumner Redstone and the Hiltons, Universal Music Group and their agents who hired friends to stalk Lisa and befriend her for commercial sex acts on US Soil THEN trafficked her again for sale as commercial sex acts on UK soil These parties were known to Lisa, and they exploited her friendship by asking for naked photos or photos that showed her body so they could sell her through the unlawful network and steal her ovaries to sell her babies and steal her brain tissue facial tissue to make blood diamonds.

Using unlawful practice of gangstalking and torture policies that wanted to Eradicate White American Natoinals and even hiring gay men to pretend to be Lisa's boyfriend to influence her, DeBeers engages in sexual exploitation with one goal, racist mining in white Christian women for blood diamonds.

Given the acts and facts were constituted on American soil on and in the UK, the last violent act taking place on 11/27/2018 in the UK where De Beers agents and

associates caused her to travel and sent communications in relation to destruction of a protected computer in exchange for something of value, I am well within the time frame for filing a case and did not know everyone involved when filing the Genocide Case ON January 20, 2020.  DE BEERS racist policies and practices through an enormous labyrinth targets women by gender, heterosexuality and by Race. These practices and acts constitute racism, gender discrimination and genocide.

De Beers, Rupert Murdoch and Sir Paul McCartney and their procurement agents committed crimes against Americans and did knowingly use self-help groups and Los Angeles Community College and bullying schemes, and friends and family to procure victims to make their diamonds as patent #W02017001835A1 will reveal with David Fisher and Colin McGuiness and James Gordon which I believe to be James Goodwin and Gordon Getty. I do not know who Smith is but suspect it is Nicole Kelly who organized the hate crimes against me, then was promoted and given a mansion, a black female.

DeBeers policies and practices smack of racist agenda, discrimination against women and international torture laws. Further, Lisa was taken to Rick Rubin's beach in Malibu by Jane Ford for screening. Lisa never know going to the beach could be dangerous, or make you a target. Lisa was targeted by some of the most famous people in the world, who wanted to cut out her bones and get their blood diamonds.

Each act was done with slavery of White Christian Nationals victims in mind, the goal of cashing out the women's life insurance and stealing their own currency through barbaric methods, facts that will be proven and intentional deprivation of rights to White Christian Nationals women in America and those that had the misfortune of going to Weymouth Wells, a mining site for DeBeers in the UK, by selling them for commercial sex acts and selling their ovaries to give their reproductive rights to someone else. Selling people for violent sexual abuse while drugged, then cutting out brain and facial tissue and ovaries to sell them and make diamonds.

### Luminescence measurements in diamond

#### Abstract

A method of and an apparatus for providing an indicator for a diamond as to whether it is natural by testing for the presence or absence of one or more specific markers in the luminescence properties of the diamond, These markers are characterised by luminescence decay time and luminescence wavelength.

#### Classifications

● B07C5/3427 Sorting according to other particular properties according to optical properties, e.g. colour of granular material, e.g. ore particles, grain by changing or intensifying the optical properties prior to scanning, e.g. by inducing fluorescence under UV or x-radiation, subjecting the material to a chemical reaction

View 3 more classifications



WO2017001835A1
WIPO (PCT)

Download PDF    Find Prior Art
Similar

Other languages: French

Inventor: James Gordon Charters Smith, Colin MCGUINNESS, David Fisher

Worldwide applications

2015  08  2016  WO EP AU CA US CN RU JP KR
2017  ·  2018  US

Application PCT/GB2016/051927 events

2015-06-30  ·  Priority to GBGB1511461.4A

2015-06-30  ·  Priority to GB1511461.4

2016-06-28  ·  Application filed by De Beers Uk Ltd

2017-01-05  ·  Publication of WO2017001835A1

Info: Patent citations (15), Non-patent citations (1), Cited by (1), Legal events, Similar documents, Priority and Related Applications

Lisa sued in state court for being maimed, and unlawfully raped and tortured while consenting only to a minor nose job and after being severely ostracized by De Beers agents and bullied online and at school for her looks.

4

The facts and acts are detailed in lawsuit number CV20-6448-DSF (JEMX) and were organized by Nicole Kelly, Michele Latiolais, Mona Simpson, Garth Dahlgren, Nysha Alvarez, Sonja Kinski, Bradley Bello, Jonathan Shaw, Johnny Depp, Nick Cave, Mike Coulter, Neva Kaya, Jerry Stahl, Kenneth Schiffrin, Kate Lubahn, Demi Lovato, Ruby Rose, Nick Richards, Deborah Richards, Colin McGuiness, for De Beers, Uk and Paul McCartney and Iggy Pop and Marilyn Manson, Robert Crumb, Jim Jarmusch, Gwen Stefani as well and others that knew and befriended Lisa with intent to barbarically cut off her cheekbones and upper jaw and steal her ovaries after selling her as a slave without payment for her stolen bones and other property. Unlawfully placing her in clinical trials that deprived her of any rights in America and constituted forced servitude.

Befriending Lisa through the Alcoholics Anonymous network Robert Fulps, Jane Ford, Bradley Bello, Neva Kaya, Nicole Kelly (from UC Irvine) used unlawful methods of bad faith including sexual manipulation as Robert Fulps posed as Lisa's boyfriend but left a black magic book in her home claiming he wanted to "burn the witch," and "eat her marrow." After Lisa was injured, all involved took money from the parties for her unlawful procurement and "cashed out" her life insurance policy leaving her with no way to work and no rights in America..

When looking up Robert Fulps on the internet, he is described as a man who had HIV and is currently dead and his Lover was Frank Moore, Lisa has always alleged that they infected her with HIV using proxies sexual torture, and Defendants knowingly used Music Cares and AA to procure victims for Satanic Ritual abuse and targeted White

Christian women for their eggs, ovaries and facial bones and lobotomized them with intent on earning money by stealing assets and enslaving the women to the parties though methods of forced servitude.

I submit under penalty of perjury the facts and acts are true to the best of my understanding and were undertaken to humanly traffic me for commercial sex, sales, auctions and DeBeers, unlawful mining and sorting by using "friends" "lovers" and "proxies" and "parents" in America and overseas to commit genocide, mutilation and other crimes, using Weymouth Clinic, Cavendish Clinic, Lucian Ion, Christine Jansen, Leslie Flieshman, Andrew Frankel, Busy Bee Records, Brian Ray, Paula Bradley, Johnathan Shaw for Johnny Depp and other Defendants to lure Lisa for commercial violent sex acts for her gender and race after drugging and maiming her to make diamonds and these agents raped her to steal her ovaries.

Verily Submitted under penalty of Perjury,

Lisa Douglass

Submitted on July 22, 2020

COMPLAINT

Between the years 2009 and 2015, De Beers and Paul McCartney's and Rupert Murdoch and Sumner Redstone, Gwen Stefani, Marilyn Manson, Iggy Pop, their associates, agents and proxies organized, implemented and executed crimes against American White

Christian National women for use in mining,, licensing, forced servitude and stolen eggs and ovaries but in particular wanted to murder, maim and rape Lisa and violently sterilize her by stealing her ovaries, using, friends and family and paid to do such conduct by organizing a blacklisting through schools, and employers to gain her for diamond mining and forced servitude.

## JURISDICTION AND VENUE

8. This Court has jurisdiction over this action pursuant to . because

this complaint alleges claims under the laws of the United States, specifically the treason against White Christian Nationals, conspiracy in racketeering conspiracy, in violation of 18 U.S.C. § 1962(d) (Count One); and various of the defendants with participation in a forced labor conspiracy, in violation of 18 U.S.C. § 1594(b) (Count Two); wire fraud conspiracy, in violation of 18 U.S.C. § 1349 (Count Three); sex trafficking offenses, in violation of various provisions of 18 U.S.C. §§ 1591, 1594 (Counts Four, Five, Six); and conspiracy to commit identity theft, in violation of 18 U.S.C. § 1028(f) (Count Seven) and these laws fall under the same controversies of genocide under 18 U.S. Code section 1091: Genocide: Genocide is defined within 18 U.S. Code section 1091 to include killing members of a group; causing serious injury to members of a group; causing permanent impairment to members of a group; subjecting members of a group to conditions intended to be physically destructive; as De Beers Blood Diamond mining is violently injuring Americans and their right to reproduce and The Age Discrimination Act of 1975, 34 CFR Part 110, holds that no person in the United States shall, on the basis of age, be excluded from participation, in be denied the benefits of, or be subjected to discrimination under, any program or activity receiving Federal financial assistance, torture for Race and Gender "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." This ban on torture and other ill-treatment has subsequently been incorporated into the extensive network of international and regional human rights treaties. 18 U.S. Code § 1831. Economic espionage ...

9. The United States District Court for the Western District of California has

personal jurisdiction over Defendant because though DeBeers sends agents to procure

victims, and their headquarters are in the UK, they are slaughtering White Christians,

using AA to procure victims and Education Facilities and many of the acts complained of

and giving rise to the claims alleged took place in California

and in this District and DeBeers caused Lisa to travel for more violent torture to the UK

where they injured her again by stealing her second ovary and performing a lobotomy

and facial crushing, then disfiguring her with silicone to procure blood diamonds.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c)(2) and Civil

L.R. 3-2(d) because Plaintiff resides in California where the incidents took place and was

caused to be humanly trafficked to UK under illegal protocols to steal her ovary and brain

tissue and muscle by De Beers agents. Thus on two continents De Beers engaged in

Blood Diamond mining and unfair practice and protocols by selling victims for rape and

torture.

Using friends, Colin Mc Guiness, Kent Geib (now deceased) and Brian Ray and Nick

Richards, Deborah Richards, Pamela Anderson, Rick Salomon, Andrew Frankel and

Lucian Ion among others, each participated in trafficking humans for sex and violent

maiming to make blood diamonds and for "sexual entertainment" and "slavery"  and

"forced servitude" and placed women in clinical trials without payment for their stolen

property, did subject the women to forced servitude and sexual commercial exploitation

and reproductive theft without pay or knowledge of where the stolen babies were (from

the torn out ovaries) by licensing them after cutting off their upper jaws claiming the

right to art cannot be changed.

Paul McCartney, who Lisa did not know, is a minister and can order people used as slaves or tortured for their body parts and did use proxy Brian Ray to procure Lisa. He works for APPLE CORPS and Universal Music Group as well as Capitol Records, Lisa's former employer, and his bassist was a friend of Lisa Douglass.

Brian Ray invited Lisa to his home for Thanksgiving and pretended to be her friend with intent to commit these crimes against her.

The facts and acts were undertaken in bad faith and without payment to the victims forcing the victims into servitude to their agents.

Lisa personally knows 35 victims De Beers, Stefani, Iggy Pop, Paul McCartney, Paris Hilton exploited and asks for their restitution as well, but suspects the crimes against White Christian Americans are in the millions and as stated in my recent lawsuit constitute genocide against a race.

Lucian Ion illegally used the shelter of De Beers AND Sir Paul McCartney, Rupert Murdoch Sumner Redstone, Gwen Stefani and Paris Hilton and other Defendants to hide criminal conduct and did steal currency and bones, muscles and brain and ovary from Lisa while at Weymouth CLINIC in the UK. When she asked him what he did, the clinic admitted that she could not have all the records and refused to give them to her.

Lisa only traveled to him to remove a torture device placed in the states by De Beers agents to prevent breathing and smiling, at the first procurement by Defendants.

Instead of the agreed on procedure, Lucian ion, Gregor Bran and others cut out her facial muscles and her ovary and lobotomized her with the help of World Bank actor Salman Bin Mohammed, the Saudi Minister of Defense's son using Cavendish to screen her bones.

Lucian Ion knowingly lured Lisa for De Beers and its agents and caused her to travel overseas to barbarically destroy her face, and steal her second ovary.

De Beers, and other defendants knowingly bullied, ostracized and withheld rights to Americans to target them from their shelter in the UK. These are crimes against Humanity.

The financial strain of the completely disfigured and disabled victims of De Beers and Sir Paul McCartney, Paris Hilton, Gwen Stefani cannot work due to flags on their charts placed by schools who place the flags after drilling and mining to procure blood diamonds. Lisa was lobotomized and her spine also drilled out and an implant placed that causes severe pain.

Many victims are being sued by their banks after De Beers and Paul McCartney and other Defendants stripped them of assets in America and bankrupted them by stealing their bones, ovaries and brain tissue.

This is human slavery and forced servitude in violation of (18 U.S.C. §§ _1589(a)(2), 1589(a)(4), 1591(a)(l), 1594 (b), 1594(c), 2 and 3551 et seq.)

After committing the identiy theft, De Beers, made fun of the victims through proxies like Disney, the Guardian, The Register, Busy Bee Records, that admits to murdering Lisa, calling her a "slaughtered lamb", then hiring the maimed Lisa to be an extra on Disney's "Lab Rats."

All of the defendants committed treason against Americans, conspired in racketeering conspiracy, in violation of 18 U.S.C. § 1962(d) (Count One); and charges various of the defendants with participation in a forced labor conspiracy, in violation of 18 U.S.C. § 1594(b) (Count Two); wire fraud conspiracy, in violation of 18 U.S.C. § 1349 (Count Three); sex trafficking offenses, in violation of various provisions of 18 U.S.C. §§ 1591, 1594 (Counts Four, Five, Six); and conspiracy to commit identity theft, in violation of 18 U.S.C. § 1028(f) (Count Seven)

## ONE
### (Against all Defendants and their agents)
### Racketeering conspiracy, in violation of 18 U.S.C. § 1962(d)

All defendants participated in procurement, laundering of stolen property and committed such crimes using wire and communications with intent on receiving money for commercial sex acts and maiming of their victims. Through arrangement of destruction of a protected computer in exchange for something of value did defraud America.

## TWO

(Against all defendants and their agents)

Forced labor conspiracy, in violation of 18 U.S.C. § 1594(b)

All defendants participated in procurement, laundering of stolen property and installed devices to disfigure and disable Plaintiff and others to unlawfully steal currency and earn royalties gained from stolen property and stolen trademarks and committed such crimes using wire and communications. Through arrangement of destruction of a protected computer in exchange for something of value did procure forced labor without payment to the victims.


## THREE
(Against all Defendants and their agents)

Wire fraud conspiracy, in violation of 18 U.S.C. § 1349

All defendants participated in procurement, laundering of stolen property and installed devices to disfigure and disable Plaintiff to earn money on royalties gained from stolen property and stolen trademarks and committed such crimes using wire and communications. Through arrangement of destruction of a protected computer in exchange for something of value which is extortion.


## FOUR
(Against all Defendants and their agents)

Sex trafficking offenses, in violation of various provisions of 18 U.S.C. §§ 1591, 1594

All defendants participated in procurement, laundering of stolen property and installed devices to disfigure and disable Plaintiff and sell her for commercial sexual exploitation after drugging her to earn money on royalties gained from stolen property and stolen

trademarks and committed such crimes using wire and communications. Through arrangement of destruction of a protected computer in exchange for something of value and after asking her for photos so they could auction her for sexual exploitation, baby tourism and maiming.

FIVE
(Against all Defendants and their agents)

Conspiracy to commit identity theft, in violation of 18 U.S.C. § 1028(f)

All defendants participated in procurement, laundering of stolen property and installed devices to disfigure and disable Plaintiff to steal her rights and identity and did collect payments for her Identity theft, mutilation and rape and continue to collect money for those acts under licensing and royalties.

SIX

(AGAINST ALL DEFENDATNS AND THEIR AGENTS)

# Defendants did commit 18 U.S. Code § 1831. Economic espionage

(a) In General.—Defendants intending or knowing that the offense will benefit any foreign government, foreign instrumentality, or foreign agent, knowingly—
(1)
steals, or without authorization appropriates, takes, carries away, or conceals, or by fraud, artifice, or deception obtains a trade secret;
(2)
without authorization copies, duplicates, sketches, draws, photographs, downloads, uploads, alters, destroys, photocopies, replicates, transmits, delivers, sends, mails, communicates, or conveys a trade secret;
(3)
receives, buys, or possesses a trade secret, knowing the same to have been stolen or appropriated, obtained, or converted without authorization;
(4)
attempts to commit any offense described in any of paragraphs (1) through (3); or
(5)

14

Defendants conspired with one or more other persons to commit any offense described in any of paragraphs (1) through (3), and one or more of such persons do any act to effect the object of the conspiracy,
shall, except as provided in subsection (b), be fined not more than $5,000,000 or imprisoned not more than 15 years, or both.
(b) Organizations.— DeBeers, Apple Corps, Universal Music, News Corp, National Amusements
did commits any offense described in subsection (a) shall be fined not more than the greater of $10,000,000 or 3 times the value of the stolen <u>trade secret</u> to the organization, including expenses for research and design and other costs of reproducing the <u>trade secret</u> that the organization has thereby avoided.

To earn money on royalties gained from stolen property and stolen trademarks and committed such crimes using wire and communications. Through arrangement of destruction of a protected computer in exchange for something of value.

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment as follows:

A. Determining that this action is a proper class action, designating plaintiff as Lead Plaintiff and certifying plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and plaintiff's herself as lead Plaintiff.

B. Declaring that Defendants violated the human slavery and torture international and US and UK laws; and forced servitude and sexual exploitation modes and methods AND birth tourism laws.

C. Award plaintiff costs in state court as to the Andrew Frankel and USC case who at all

times relevant fall under the acts and facts described herein, whereas Lisa is being sued

by her banks and De Beers and Sir Paul McCartney and Rupert Murdoch and Sumner

Redstone, the Hiltons, Gwen Stefani, Marilyn Manson, Johnny Depp, Jonathan Shaw and

associates lawyers are suing her for costs even though the Judge and actively obstructed

justice in case number BC648115.


D. Award Plaintiff release from captivity or the captivity of GREAT BRITAIN or anyone

who is holding Lisa and the other victims as Dead as a guardian so that her constitutional

rights might be restored, whether held by De Beers, Paul McCartney, Sumner Redstone,

Rupert Murdoch, Gwen Stefani, Marilyn Manson, Iggy Pop and their agents.


E. Awarding plaintiff's reasonable costs and expenses, including attorneys' fees; and

F. Awarding such other relief as the Court may deem just and proper.

G. Award reparations of holcaust of babies stolen, sterlizaation to cause injury. Selling

our babies, selling our art. Mutilaiton and lynching of White Christian Nationals.

H. Awarding back pay from discrimination at LACCD by state officials who then tried to

murder Lisa for her speech as a teacher while employed by the state of Califronia and

they tried to murder her for acknowledging the crimes against humanity committed by

DeBeers, Sir Paul McCartney, Gwen Stefani, Johhny Depp and other Defendants.

I. Awarding Lisa and others discriminated against royalties for their stolen property,

return of their stolen currency and property and a public apology for sexual exploitation

reproductive harm and torture.

J. Award Plaintiffs knowledge of where their babies are.

I.      Reparations for 100 years of genocide against white Christians through unfair policy and procedure, throughout the De Beers, Harpers Collins, Universal, Apple Networks and world wide where US government and its agents are committed unfair genocide on a race.

II.     Return of stolen cultural objects and effects or an amount that reflects their value.

III.    Knowledge of where our children are, who our eggs were sold to, and ability to let the child know we are their true genetic parents.

IV.     Ordering White Christians a protected class so De Beers and Paul McCartney, Rupert Murdoch and Sumner Redstone, Gwen Stefani, Johnny Depp, Jerry Stahl, cannot exploit them, and mine and torture them and sell them for sexual assault on auction blocks.

V.      Ordering the fact true that a Holocaust against White Christians did occur and that these actions are racist and discriminatory against women so they can enjoy the same rights as other classes and be protected and be afforded privilege to work and to healthcare.

VI.     Disgorge profits and allow share in the royalties of stolen tissue, currency and implanted devices.

VII.    Order flags removed so medical care so the women can have

the devices removed and jaw and faces rebuilt so they can

breathe.

VIII.   ORDER Paul McCartney and De Beers, Sumner Redstone, and

Rupert Murdoch, Gwen Stefani, Johnny Depp, Iggy Pop and all

other defendants and their agents to cease human trafficking

efforts by age, race and gender and to pay restitution to the

women they harmed. (Specifically forbid them from going

after White Christian women).

IX.   Order.

JURY DEMAND

I certify that the foregoing is true and correct to the best of my understanding not being a lawyer and being deprived of rights to a lawyer. I certify that this certification was made on July 22, 2020 in the City of Los Angeles, County of Los Angeles in California. And that these statement are made under penalty of perjury to the best of my understanding and comprehension of the events, facts and acts and documentation of lynching, being sold for sexual assault and the screening process, deprivation of rights to employ others to bid on my rape and mutilation by De Beers, Murdoch, Redstone and McCarthy, Stefani, Iggy Pop, Marilyn Manson, Johnny Depp and their agents.

Plaintiff demands a trial by jury

DATED: July 22, 2020

Lisa Douglass
PO Box 480913
Los Angeles, CA 90048
323-346-5175
lisa_douglass@icloud.com

DECLARATION OF LISA DOUGLASS

18

I, Lisa Douglass, declare and say as follows:

1.      I am a resident of Los Angeles County.  I have personal knowledge of the matters stated in this declaration, and if called as a witness I could and would testify competently as stated herein. The acts and facts occurred between 2012 and 2019, the exact dates can be provided later thus are approximate.

2.      I was recently a plaintiff in a lawsuit called *Douglass v. Frankel* (BC648115).  During a minor rhinoplasty I was gangraped and my ovary was stolen, my jaw shortened and a spinal and facial implant installed so I could not breathe or smile easily. At the clinic I was exposed to HIV, sterilized and also used for Vaccines. The clinic is used by Gangs organized by those in this lawsuit.

3.      Prior to this, I was gangstalked by associates of Sumner Redstone, Rupert Murdoch, De Beers, UK, and Paul McCartney, Gwen Stefani, Johnny Depp and Paris Hilton, Marilyn Manson through my school and the Alcoholics Anonymous Network.

4.      Brian Ray pretended to befriend me. I knew him from AA and had been ostracized by the group due to Hilton's making up lies about me and my character organized by Stephen Hilton and Laura Clery.

5.      During this time I met Nick and Deborah Richards, Jane Ford introduced me to the couple and to Sonja Kinski.

6.      At some point Deborah sstruck up a friendship on Facebook. One day she sent me some leggings while she was traveling, asking me if I would take a photo of myself in the leggings.

7.      I didn't want to but finally did and sent her the photo. It is this photo they used to sell me for gangrape and ovary theft. It was used to auction me off as chattel.

8.      Something Happened where Deborah was kept out of the country for years in the UK and her husband began writing to me begging me for a naked photo.

9.      I told him I didn't feel comfortable as she as my friend and he would just beg day in and day out for weeks and weeks.

10.     Eventually, I sent him a photo because he told me he would kill himself and it would cheer him up while he wife was being kept from the country due to immigration which he then used against me to claim I had done something betraying to he and his wife. This was used to prove I was a bad person so DeBeers could use me for unlawful blood diamond mining.

11.     Kent Geib an associate of Colin McGuiness an agent of DeBeers, also harassed me day and night for a photo.

12.     Kent as an agent of DeBeers also brought me an expensive pair of Yves St. Laurent shoes, claiming his mother had died.

13.     Afterward I got attacked by his girlfriend who claimed I slept with him for the shoes, a fact that was not true. Her name is Carrie Westcott and she works for Playboy.

14.     Hilton's Stephen Hilton and Laura Clery who I was sponsoring at the time, made up a lie about me and defamed me through my social group. In AA.

15.     Laura was high on crack, but I did not know she was high and filmed her as she was a comedianne and I just thought she was being funny.

16.     I sent the video to her boyfriend Stephen at her request.

17.     Then they both accused me of destroying her reputation.

18.    Facts that can be verified due to the emails that came to me and were sent from my computer.

19.    Then Laura suddenly stopped talking to me.

20.    There was another girl, another Hilton Associate who also I was sponsoring, Alexia Starchild she called herself, her mother is close friends with the Hilton family. She called me and begged me to come to a rehab. Her mother Jenny DuBasso was actually delivering me as someone to purchase and screen for my body parts and eggs, I believe for the Hiltons.

21.    In AA, I had been targeted by a man named Robert Fulps. He was my boyfriend for a time and later I found out he worked for Music Cares. He left a book in my house about burning and maiming a beautiful girl and eating her blood and marrow. In the book he details his obsession with harming "beautiful people.". Later I was sent a photo, that said "DIE" over his face, which I believe was a curse.

22.    His friend made up lies about me and told me that I was causing him to use heroin and that I was irresponsible to date him—Nico Federrer is her name.

23..    My friend Patty Barret also stopped talking to me at that time.

24.    Her boyfriend, Andre Roberts took me to meet Pamela Anderson and **Rick Salomon** ,,both who I believe work for the Hilton's and Playboy. Pamela would not look at me and was being very mean because the Paris Review was doing a study on the reactions of the violence of the female gaze with intent on doing a radical selfie where they disfigured someone using Kanye West and Elon Musk. I was introduced to the Paris Review's editor by Mona Simpson, my advisor at UCLA.

25.     At that time also Jonathan Shaw found me in AA and told me he admired my work as a writer. As an agent of Johnny Depp's and Rupert Murdoch's took me to class at LACC with Joe Ryan for gangstalking and procurement by the group.

26.     Joe Ryan was very mean to me. Netflix's Luke LeGraff was there and also very mean. As an agent of Netflix he was abusive online on Facebook and told me he hated my face repeatedly through the Facebook Network. Marlo Page and Neva Kaya also made comment about hating my selfies. Neva blocked me from her site and later I found out spread rumors about me and then orgazined a plot agasint me with Mike Coulter so she could buy a dog rescue in Puerto Rico.

27.     Johnathan Shaw and Bradley Bello and Sonja Kinski and Neva Kaya surrounded me at AA and began meeting me for dinner or being abusive, back and forth me through the Facebook Network as agents for Playboy, De Beers, Johnny Depp, Rupert Murdoch, Sumner Redstone Marilyn Manson, Nick Cave, Hiltons and Universal Music.

28.     Neva introduced me to Paul Behan and Nathalie Margot, who on my date of injury worked for Universal Music Group doing a torture movie.

29.     My sponsor Nina Bergman also works for Universal and stopped talking to me suddenly.

30.     I was being targeted from all areas. , Kenneth Schiffrin told me that he knew I was placed on a list so I could never sell my book. He laughed at me that I went to grad school.

31.     Jonathan Shaw brought his lawyer to a class at LACCD and Jerry Stahl was the speaker and did so for Johnny Depp and DeBeers.

31.     Later he wrote a book calling me "Our Lady Of Ashes," where Lydia Lunch makes fun of my parents and society ostracizing me and enslaving me. Lydia Lunch works for Jawbreaker Press in the UK and DeBeers.

32.     Mike Coulter and Neva invited me to water slide party. When I got there Neva publically shamed me and told me I was ugly and a hoarder. She had defriended me on facebook and worked at the time for Playboy, NHS and Disney.

33.     When I asked her why she defriended me she would not tell me.

34.     Colin Mc Guiness, as an agent of De Beers started asking me to hang out and took me to a party. Both Colin McGuiness and Leslie Flieshman pretended to be poor with the goal of targeting Lisa.

35.     Jamie Anisko kept begging me to come to an AA meeting too, calling it a big book study. At the meeting Netflix Gladys Santilles was there.

36.     Neva invited me to a big book study at her home and invited all the women that hated me in AA.

37.     I was getting badly bullied online and all my friends stopped talking to me.

38.     Victoria Pynchon who I worked for introduced me to Les Weinstein who had houses on Tigertail. I was also working for Carol Ann Emquies at that same time and realized that she was blacklisting white Christian writers from working.

39.     Later I found out they both worked for Jams who organized plots against Americans to steal their rights, ovaries and body parts.

40.     Brian Ray as an agent of Paul McCartney took me to a show.

47.    Paul Behan wrote me day and night telling me I was like a Deer, which is the trigger word.

48.    At this time I didn't know my father had used tapes so I would have a trigger word and think I needed surgery.

49.    USC handler, Donald Hewitt was being inappropriate with his 7 year old. I tried to tell the police but they would not help me.

50.    Colin McGuiness as an agent for De Beers, wrote under my photos, Stick the "F-cking Kettle on." To point me out to gangstalk for DeBeers.

51.    When I asked him what it meant he lied and told me it was just about having Tea.

52..    Later I found the Trademark Portion of the USPTO site calles applications for trademarks TEAS.

53.    Robert Fulps also introduced me to Paula Bradley who worked for Gwen Stefani as a procurement agent.

53.    When I was injured, NONE of the people ever spoke to me again. Not Sonja, Not Bradley Bello, not Jonathan not Jamie, or Brian or Nick Richards or his wife.

54.    I tried to get help because they stole my ovary and badly mutilated my face and lobotomized me and operated on my spine.

55.    I was gang-raped at the facility and sterilized according to RAND documents for the Department of Defense a fact that children watched, as they employ underage children to conduct the crimes so they cannot be prosecuted.

56.    Nick told me he was very close friends with Eric Garcetti our City Mayor.

57. When I went to Kaiser and my ovary was missing after I was mutilated, the doctors would not tell me what happened to me. I begged them to help me with my mouth and nose as I could not breathe normally. Dr, Gross at Kaiser told me Andrew Frankel should be in jail for what he did to me, yet the LAPD and BHPD would not help any of us. The doctors at Kaiser hired Priyanka Bhanot to lie about me to create a report to cut out the top of my spine and lobotomize me. Her report shows unlawful intent to sterlize women and perform unnecessary surgeries on them for Kaiser's profit. They stole my ovary, but it was Nick Richards, Paul McCartney, Johnathan Shaw and Colin McGuiness and others who auctioned me off or tried to get things against my character so they could extort me and blacklist me and justify my mutilation and ovary theft.

58. CDC admits to stealing my eggs and implanting them on 1/29/2015 and that that transfer caused the first live birth from a stolen egg, and that those eggs made a baby in a report published on the internet. DeBeers is using drilling and mining to steal ovaries and commit genocide through their enormous network.

59. The horse breeding documents where they hide that they use women for breeding, shows I was nominated for breeding a foal by a UC Regents employee Travis Miller and referred to me as a "Sexy Blonde" that they intended to use for unlawful organ theft and breeding. Mike Horowitz, who is an FBI agent is listed as a coach on my records.

60. The government knew about our injuries and tampered with our rights in courts by payoffs, traceable to Canada and New South Wales. Through DeBeers and Newscorp and Disney proxies.

61.     Not only did Andrew Frankel guarantee he would not remove tissue due to my Christian Faith, but he also knew they intended to take my ovaries and facial bones and intended to expose me to HIV, perform heart surgery (stent) and thoracic spine surgery after castrating me and raping me.

62.     My face was shortened over an inch, which has left me severely disabled. They installed a device in my neck which causes severe pain.

63.     State officials have tampered with my rights to finances, Banking, Education after DeBeers, Hiltons, Murdoch, and their agents decided to barbarically mine in me without jurisdiction to do so.

64.     The lawyers,, insurance and others members of this case were paid off, took money from News Corp, Bachher Jagdeep paid my Landlord $30,000 for my body parts as he gets money every month to observe my torture hired through UCLA affiliate Semel..

65.     It is believed that DeBeers uses their power to humanly harvest white Heterosexual Christians in violation of international law and did profit on making Diamonds from such tactics.

66.     It is believed that Paul McCartney uses his ministry to unlawfully target white Christian National women to rape, torture and sell as slaves due to his "power and did use Brian Ray, his procurement agent for himself and DeBeers.

67,     I have proof of my statements and online can see who earned money from my injuries and who has patents for my stolen ovaries, and other tissue.

68.     After DeBeers and Murdoch agents and other Defendants raped and tortured me, they deprived me of the right to sell my writing, get healthcare, get fair insurance and work.

69.     The torture DeBeers and others on this list did to me included sexual exploitation, Satanism, gangstalking and other severe crimes against me.

70.     DeBeers targeting of White Christians constitutes genocide.

71.     Paul McCartney's unlawful selling of slaves to rape and torture, constitutes crimes against humanity.

72.     All of these facts can be proven. We should have been able to restore out rights in state court, but they wanted to hide their conduct and hide DeBeers and Paul McCartney's crimes and treason against Americans.

73.     For all other facts, please see the associated lawsuit CV20-6448-DSF (JEMX)

73.     The practice of targeting us by race and religion is truly reprehensible.

74.     I have had two people as agents of DeBeers, who has racist policy and practice attempt to get me to say the "N" word with intention of framing me. These items will be proven in court.

75.     My sister was given De Beers books by VC Andrews as a child. I do believe my parents sold me to De Beers and may work for them. Thus please see their crimes in the associated lawsuit related to slavery, torture and reproductive rights.

76.     My best friend at the time was Marianne Manock who wrote daily with Michael Horowitz of Flshback books UNDER the Simon and Schuster Imprint. Michael wrote graphic porn according to Marianne that would be annotated and acted out in

"theater". Michael Horowitz---Winona Ryder's father is listed as a coach on my injuries and it is believed works with Simon and Schuster unlawfully writing to enact rape on women, stealing their eggs and ovaries and facial bones for De Beers.

I declare under penalty of perjury according to the laws of the State of California that the foregoing in true and correct and does not contain everything as the plot against me to withhold my rights was enormous. But most of those details are in the pleading itself. I was targeted for torture for my freedoms and this case comes out of retaliation of my freedom of speech.

At Los Angeles, California, this 22 July, 2020

Lisa Douglass

Parties

DE BEERS GROUP
20 Carlton House Terrace, St. James's, London SW1Y 5AN, United Kingdom

And their agents:

MICHAEL HOROWITZ
FLSHBACK BOOKS
For
SIMON AND SCHUSTER SUBSIDIARY OF VIACOM
WHICH IS NATIONAL AMUSEMENTS

SIR PAUL MCCARTNEY
MPL Communications Ltd. **1 Soho Square London** W1D 3BQ UK.

RUPERT MURDOCH
News corp
12800 Culver Blvd, Los Angeles, CA 90066

SUMNER REDSTONE
NATIONAL AMUSEMENTS
846 UNIVERSITY AVENUE NORWOOD MA 02062

PARIS HILTON
HILTON WORLDWIDE
*3340 Clerendon Rd, Beverly Hills, CA 90210*

GWEN STEFANI
UNIVERSAL MUSIC GROUP
2100 Colorado Ave, Santa Monica, CA 90404